No. 20. CALIFORNIA ET AL. *v.* UNITED STATES ET AL. January 31, 1944. 320 U. S. 577.

No. 22. CITY OF OAKLAND *v.* UNITED STATES ET AL. January 31, 1944. 320 U. S. 577.

No. 73. FALBO *v.* UNITED STATES. January 31, 1944. 320 U. S. 549.

No. 83. UNITED STATES *v.* HARK ET AL., CO-PARTNERS. January 31, 1944. 320 U. S. 531.

Nos. 54 and 55. MERCOID CORPORATION *v.* MID-CONTINENT INVESTMENT CO. ET AL. February 7, 1944. 320 U. S. 661.

Nos. 58 and 59. MERCOID CORPORATION *v.* MINNEAPOLIS-HONEYWELL REGULATOR CO. February 7, 1944. 320 U. S. 680.

No. 487. KELLEY *v.* CALIFORNIA. February 7, 1944. 320 U. S. 715.

No. 44. DOBSON *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 47. HARWICK *v.* COMMISSIONER OF INTERNAL REVENUE. See *ante,* p. 231.

No. 94. TENNANT, ADMINISTRATRIX, *v.* PEORIA & PEKIN UNION RAILWAY CO. February 14, 1944.